PROB 12B
EDAR (12/2013)


FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 22 2013

JAMES W. McCORMACK, CLERK
By: 
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Jonathan Love | Case Number: 4:07CR00303-001 SWW |

Name of Sentencing Judicial Officer:   Honorable Susan Webber Wright
        United States District Judge

Offense:   Felon in Possession of a Firearm

Date of Sentence:   April 30, 2008

Sentence:   51 months Bureau of Prisons, 3 years supervised release, mandatory drug test, substance abuse treatment, DNA, and $100 special penalty assessment

Type of Supervision:   Supervised Release     Date Supervision Commenced: July 20, 2011
                                               Expiration Date: July 19, 2014

Asst. U.S. Attorney:   John Ray White     Defense Attorney: Molly Sullivan

U.S. Probation Officer:   Emilienne Ngampa
Phone No.: 870-534-8483

---

## PETITIONING THE COURT

To modify the conditions of supervised release as follows:

> Mr. Love will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and abide by all the rules and regulations of the facility.

## CAUSE

Mr. Love provided a urine specimen on March 21, 2013, which presumptively tested positive for marijuana. He signed an admission form stating he used marijuana on February 21 and March 16, 2013. He also admitted to using alcohol on February 21, 2013. It should be noted that Mr. Love was participating in outpatient substance abuse treatment at the time he chose to use both alcohol and marijuana.

On March 28 and April 12, 2013, Mr. Love provided a urine specimen which was sent to Alere laboratories and confirmed positive for marijuana. On April 12, 2013, he signed an admission form stating he used marijuana with his friends at a park on March 28 and April 10, 2013. He added that on March 28, 2013, they smoked marijuana from 3:00 pm until midnight.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Jonathan Love  Case Number: 4:07CR00303-001 SWW

On March 28 and April 10, 2013, by his own admission, Mr. Love violated his standard condition #9 when he chose to associate with persons engaging in criminal activities, mainly smoking marijuana.

Mr. Love declined the offer to participate in a 9-month inpatient drug and alcohol rehabilitation program in Little Rock.

It is respectfully requested that the conditions of supervised release be modified as stated above. On April 12, 2013, the recommended modification was discussed with Mr. Love and Federal Public Defender Molly Sullivan, who are both in agreement with the modification. A Prob 49 has been signed and attached for the Court.

_____  _____
Emilienne Ngampa  John Ray White
U.S. Probation Officer  Assistant U.S. Attorney

Date: April 16, 2013  Date: 04/17/13

Approved:

_____
Supervising U.S. Probation Officer

This form is to be filed with Criminal Docketing as a motion.

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Mr. Love will reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months and abide by all the rules and regulations of the facility.

Witness: _____  Signed: _Jonahah Love_____
U.S. Probation Officer              Probationer or Supervised Releasee

4/17/2013
DATE

Molly Julli
4.17.2013

Prob 12B                                  -3-                          Request for Modifying the
                                                                       Conditions or Terms of Supervision
                                                                       with Consent of the Offender

Name of Offender: Jonathan Love                                        Case Number: 4:07CR00303-001 SWW

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

_____
Signature of Judicial Officer

April 22, 2013
_____
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Molly Sullivan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
Assistant U.S. Attorney, John Ray White, P.O. Box 1229, Little Rock, AR 72203